L.J. LOHEIT, TRUSTEE
P O BOX 1858
SACRAMENTO, CA 95812
(916) 856-8000

FILED

09 MAY 28 AM 8:03

CLERK, U.S. BANKRUPTCY CT.
EASTERN DIST. OF CA.
SACRAMENTO, CA.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

In re:                                    ) Case No.: No. 08-21448-D-13L
                                          )
GREEN, VERNICE                            ) UNCLAIMED FUNDS
                                          )
            Debtor(s)                     )
                                          )

TO THE CLERK, U. S. BANKRUPTCY COURT:

Please find submitted herewith check #520808 in the sum of $1,083.33 representing the total amount of unclaimed dividend(s) in the above-entitled estate. This sum is being paid over pursuant to 11 U. S. C. Section 347(a) and Bankruptcy Rule 3011. The name(s) and address(es) is (are) as follows:

| CLAIM NO. | NAME & ADDRESS OF CLAIMANT | AMOUNT OF CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| | Debtor Refund | | $1,083.33 |

TOTAL CHECK $1,083.33

Dated this 18th day of May, 2009.

BY: _____
    TRUSTEE